**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: B.A.P., A MINOR   :    No. 264 EAL 2017
  :
  :
PETITION OF: D.P, MOTHER   :    Petition for Allowance of Appeal from
  :    the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.